UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARASTOU MONJAZEB,<br><br>       Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>       Defendant. | NO. 2:21-CV-01342-RSL<br><br>ORDER TO EXTEND DATE FOR EXPERT DISCLOSURE REPORTS |

**<u>ORDER</u>**

Based on the Joint Stipulated Motion to Extend Date for Expert Disclosure Reports in this matter, IT IS HEREBY ORDERED that the deadline for Fed. R. Civ. P. 26(a)(1) Expert Disclosure Reports is extended to July 8, 2022.

Dated this 6th day of June, 2022.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO EXTEND DATE FOR EXPERT DISCLOSURE
REPORTSProp Order - 1
(Case No. 2:21-CV-01342-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120