UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARASTOU MONJAZEB,<br><br>              Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>              Defendant. | NO. 2:21-CV-01342-RSL<br><br>ORDER GRANTING STIPULATED MOTION FOR DIMISSAL PURSUANT TO FRCP 41(a)(1)(A) |

### ORDER OF DISMISSAL

Based on the Joint Stipulated Motion for Dimissal With Prejudice and Without Costs Pursuant to FRCP 41(a)(1)(A) in this matter, IT IS HEREBY ORDERED that all claims in this action shall be dismissed with prejudice. The parties shall each bear their own attorney fees and and costs.

Dated this 7th day of July, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DISMISSAL - 1
(Case No. 2:21-CV-01342-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

Presented by:

WAKEFIELD & KIRKPATRICK, PLLC

By _____
    Scott C. Wakefield    WSBA #11222
    Attorneys for Defendant State Farm Mutual Automobile Insurance Company


Copy Received, Approved as to Form;
Notice of Presentation Waived:


By   *s/ Patrick H. LePley*_____
    Patrick H. LePley        WSBA #7071
    Attorneys for Plaintiff Arastou Monjazeb

ORDER GRANTING DISMISSAL - 2
(Case No. 2:21-CV-01342-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120